```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
KAMAR JOHNSON,

                Plaintiff,
                                            ORDER
     - against -
                                            21 Civ. 9159 (NRB)
CITY OF NEW YORK; CORRECTIONS CAPTAIN
AHMED; CORRECTIONS OFFICERS JOHN DOE
#'S 1-10; CORRECTIONS OFFICER JOHN DOE
#11,

                Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

DATED:   New York, New York
         April 3, 2023

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE